1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JUAN CARLOS CALDERON,                    No.  2:21-cv-01896-KJM-CKD P

12              Plaintiff,

13        v.                                   ORDER

14    K. ALLISON, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 1, 2023, the magistrate judge filed findings and recommendations, which were

21   served on plaintiff and which contained notice to plaintiff that any objections to the findings and

22   recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by the proper analysis.

27   /////

28   /////

                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 1, 2023, are adopted in full;

2. Plaintiff's fourth amended complaint is dismissed without leave to amend for failing to comply with a court order;

3. All pending motions (ECF Nos. 26–29, 33) are denied as moot; and

4. The Clerk of Court is directed to close this case.

DATED:  August 28, 2023.

CHIEF UNITED STATES DISTRICT JUDGE