UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No.  2:21-cv-1896-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| K. ALLISON, et al., | |
| Defendants. | |

Plaintiff Juan Carlos Calderon filed a "Motion for Equitable Relief and Appointment of Counsel…." (ECF No. 54 at 1.) Plaintiff seeks appointment of counsel and injunctive relief in the form of adequate health care, single cell status, and deportation arrangements. (Id. at 6.)

The court entered judgment in this case against plaintiff on August 28, 2023, dismissing the operative complaint without leave to amend. (ECF Nos. 36, 37.) Plaintiff appealed to the Ninth Circuit and the appeal was dismissed. (ECF Nos. 40, 42, 53.) This case is closed. The present motion will be denied accordingly.

For the reasons set forth above, IT IS ORDERED that plaintiff's "Motion for Equitable Relief and Appointment of Counsel…" (ECF No. 54) is DENIED.

Dated:  January 21, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 cald1896.post

1